1  JOHN T. JASNOCH (CA 281605)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  600 W. Broadway, Suite 3300
   San Diego, CA 92101
3  Tel.: (619) 233-4565
4  Fax: (619) 233-0508
   jjasnoch@scott-scott.com
5
   *Counsel for Plaintiff Yen Hoang*
6
7  [Additional counsel on signature page.]

8                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                       **SAN FRANCISCO DIVISION**

10 | YEN HOANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-cv-03930-MMC |
   |---|---|
11 | Plaintiff, | |
12 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND RESPONDING TO THE COMPLAINT** |
13 | CONTEXTLOGIC, INC., PETER SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, JACQUELINE RESES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, RBC CAPITAL MARKETS, LLC, CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, OPPENHEIMER & CO. INC., STIFEL, NICOLAUS & COMPANY, L.L.C., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, and R. SEELAUS & CO., LLC, | <u>JURY TRIAL DEMANDED</u> |
   | Defendants. | |

1  WHEREAS, on May 17, 2021, Jerrett Boehning ("Boehning") filed a putative class action complaint in this Court asserting claims pursuant to §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, as well as §§11 and 15 of the Securities Act of 1933 ("Securities Act"), §§77k and 77o, against Defendants ContextLogic Inc., Peter Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, Jacqueline Reses (collectively, the "Company and the Individual Defendants"), as well as the underwriters of ContextLogic's December 2020 initial public offering (collectively, "Defendants");

WHEREAS on May 25, 2021, Plaintiff Yen Hoang ("Plaintiff") filed a putative class action complaint in this Court asserting similar claims pursuant to §§10(b) and 20(a) of the Exchange Act, SEC Rule 10b-5 promulgated thereunder, and §§11, 12, and 15 of the Securities Act against the same Defendants (the "Complaint");

WHEREAS, Plaintiff designated this action as related to the *Boehning* action in the Civil Cover Sheet for this action;

WHEREAS, claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, which provides for a statutory procedure for appointment by the Court of lead plaintiff(s), and the subsequent approval of lead counsel to represent the putative class;

WHEREAS, under the PSLRA, motions for lead plaintiff appointment are to be filed by July 16, 2021;

WHEREAS, after the court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or deem the existing complaint as the operative complaint;

WHEREAS, certain Defendants have been served with process and the undersigned Defendants' counsel agree to accept service on behalf of the remaining Defendants;

WHEREAS, counsel for Plaintiff and the Defendants believe that an answer or motion responding to the Complaint would be premature prior to the entry of an Order by the Court,

pursuant to the PSLRA, appointing lead plaintiff and approving lead counsel and the filing of an amended complaint or the designation of an operative complaint by the lead plaintiff; and

WHEREAS, in the interest of judicial economy, the Initial Case Management Conference scheduled for August 27, 2021 should be continued until after resolution of Defendants' anticipated motion(s) to dismiss the complaint filed or designated by the lead plaintiff, to a date to be set by the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Defendants hereby accept service of the Complaint through their counsel. By agreeing to have their counsel accept service, and to waive formal service of process, of the Complaint, the Defendants do not waive any rights, defenses, or arguments with the sole exception of arguments based on insufficient service of process.

2. The Defendants shall not be required to answer or otherwise respond to the Complaint pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or designation of the existing complaint as the operative complaint.

3. Upon entry of an Order appointing lead plaintiff, the parties will cooperate in a timely manner to determine, subject to the approval of the Court, a schedule for the submission of any amended complaint (or designation of an operative pleading), as well as Defendants' response(s) thereto.

4. The Initial Case Management Conference scheduled for August 27, 2021 is vacated and continued to a date to be set by the Court after resolution of Defendants' anticipated motion(s) to dismiss the complaint filed or designated by the lead plaintiff.

5. There have been no prior requests for an extension of time made in this matter.

6. The parties to this stipulation agree that the existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise. The parties reserve all of their rights.

Stipulated and agreed to on this 7th day of June, 2021 by:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice forthcoming*)
Jonathan M. Zimmerman (*pro hac vice forthcoming*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6334
Fax: (212) 223-6444
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com

*Counsel for Plaintiff Yen Hoang*

**GIBSON, DUNN & CRUTCHER LLP**

/s/ *Brian M. Lutz*
Brian M. Lutz
Michael J. Kahn
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8379
Email: blutz@gibsondunn.com
Email: mjkahn@gibsondunn.com

*Counsel for Defendants ContextLogic Inc., Piotr Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, and Jacqueline Reses*

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Charlene S. Shimada*
Charlene S. Shimada
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1475
charlene.shimada@morganlewis.com

*Counsel for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., UBS Securities LLC, RBC Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Cowen and Company, LLC, Oppenheimer & Co. Inc., Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., Academy Securities, Inc., Loop Capital Markets LLC and R. Seelaus & Co., LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2021          _____

                                          THE HONORABLE MAXINE M. CHESNEY

**Declaration Pursuant to L.R. 5-1(i)(3)**

In accordance with Local Rule 5-1(i)(3), the filing party has obtained concurrence from the other parties regarding filing of this stipulation and electronic signature on their behalf.

/s/ *John T. Jasnoch*

John T. Jasnoch
