UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YEN HOANG, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>  v.<br><br>CONTEXTLOGIC, INC., et al.,<br><br>       Defendants.<br>_____<br>ALBERTO ASMAT, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>  v.<br><br>CONTEXTLOGIC, INC., et al.,<br><br>       Defendants.<br>_____<br>PHILLIP LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>  v.<br><br>CONTEXTLOGIC, INC., et al.,<br><br>       Defendants. | Case No. 21-cv-03930-BLF<br><br><br><br><br><br>Case No. 21-cv-05015-BLF<br><br><br><br><br><br>Case No. 21-cv-05411-BLF<br><br><br><br>**ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS** |

The motion to consolidate related actions filed by Xiaoquan Yang and Alexander De Block is GRANTED. The above-captioned actions ARE CONSOLIDATED into the lowest-numbered case, *Hoang v. ContextLogic, Inc.*, Case No. 21-cv-03930-BLF, and the consolidated action shall go forward under the *Hoang* case name and case number. The Clerk SHALL CLOSE *Asmat v. ContextLogic, Inc.*, Case No. 21-cv-05015-BLF, and *Lam v. ContextLogic, Inc.*, Case No. 21-cv-05411-BLF. All future filings shall be made only in the consolidated *Hoang* action.

The competing motions for appointment as lead plaintiffs and approval of lead counsel, which were heard on March 3, 2022, will be addressed in a separate order.

**IT IS SO ORDERED.**

Dated: March 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge