# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YEN HOANG, et al., <br>                 Plaintiffs, <br>     v. <br> CONTEXTLOGIC, INC., et al., <br>                 Defendants. | Case No. 21-cv-03930-BLF <br><br> **JUDGMENT** |

On August 22, 2024, the Court granted Defendants' motion to dismiss Plaintiffs' third amended complaint for failure to state a claim without leave to amend. ECF No. 139. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters judgment in favor of Defendants and against Plaintiffs.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 22, 2024

_____
BETH LABSON FREEMAN
United States District Judge