1  Robert V. Prongay (SBN 270796)
     *rprongay@glancylaw.com*
2  Ex Kano S. Sams II (SBN 192936)
     *esams@glancylaw.com*
3  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  *Co-Lead Counsel for Lead Plaintiffs and the*
7  *Proposed Class*

8  [Additional Counsel on Signature Page]

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN JOSE DIVISION**

| | |
|---|---|
| 11  YEN HOANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:21-cv-03930- BLF |
| 12  | |
| 13  Plaintiff, | **PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| 14  v. | |
| 15  CONTEXTLOGIC, INC., PETER SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, JACQUELINE RESES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, RBC CAPITAL MARKETS, LLC, CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, OPPENHEIMER & CO. INC., STIFEL, NICOLAUS & COMPANY, L.L.C., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, and R. SEELAUS & CO., LLC, | |
| 24  Defendants. | |

Notice is hereby given that Lead Plaintiffs Xiaoquan Yang and Alexander De Block, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the Judgment entered in this action on August 22, 2024 (ECF No. 140); (2) the Order Granting Motion to Dismiss Without Leave to Amend dated August 22, 2024 (ECF No. 139); (3) the Order Granting in Part and Denying in Part Motion to Dismiss With Leave to Amend dated December 22, 2023 (ECF No. 124); (4) the Order Granting Motion to Dismiss with Leave to Amend dated March 10, 2023 (ECF No. 98); and (5) the Order Denying Plaintiffs' Motion to Alter the Judgment dated February 12, 2025 (ECF No. 151).

Dated: March 13, 2025                               Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Ex Kano S. Sams II*
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Jing Chen
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
           jchen@rosenlegal.com

Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Counsel for Lead Plaintiffs and The Proposed Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

**RULE 3-2 REPRESENTATION STATEMENT**

1. Lead Plaintiffs-Appellants Xiaoquan Yang and Alexander De Block are represented as follows:

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg
Jing Chen
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

2. Defendants-Appellees ContextLogic Inc., Piotr Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, and Jacqueline Reses are represented as follows:

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz
Michael J. Kahn
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

3. Defendants-Appellees Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., UBS Securities LLC, RBC Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Cowen and Company, LLC, Oppenheimer & Co. Inc., Stifel, Nicolaus & Company, Incorporated, William Blair & Company,

1 | L.L.C., Academy Securities, Inc., Loop Capital Markets LLC and R. Seelaus & Company, LLC are
2 | represented as follows:

**MORGAN, LEWIS & BOCKIUS LLP**
Charlene S. Shimada
Kevin M. Papay
Robert H. O'Leary
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Dated:  March 13, 2025                                         Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  /s/ *Ex Kano S. Sams II*
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Jing Chen
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
           jchen@rosenlegal.com

Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Counsel for Lead Plaintiffs and The Proposed Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On March 13, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2025, at Los Angeles, California.

                */s/ Ex Kano S. Sams II*
                Ex Kano S. Sams II