UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

XIAOQUAN YANG and ALEXANDER DE BLOCK, Lead Plaintiffs, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs - Appellants,

and

YEN HOANG,

Plaintiff,

v.

CONTEXTLOGIC, INC.; et al.,

Defendants - Appellees.

No. 25-1805

D.C. No.
5:21-cv-03930-BLF
Northern District of California,
San Jose

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 60), this appeal is dismissed without prejudice to its reinstatement if the District Court declines to approve the parties' settlement or termination of the settlement in accordance with the terms of the settlement between the parties.

Appellants must file a motion to reinstate the appeal with this court within 28 days of an order by the District Court denying approval of the parties' settlement or termination of the settlement in accordance with the terms of the settlement between the parties.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT