GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 393-8200

Attorneys for Defendants
CONTEXTLOGIC INC., PIOTR SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, and JACQUELINE RESES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| YEN HOANG, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>CONTEXTLOGIC, INC., *et al.*,<br>Defendants. | Case No. 5:21-cv-03930-BLF |

**JOINT STIPULATION AND ~~[PROPOSED~~ ORDER] VACATING JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(b)(6) and the Court's October 15, 2026 Order (ECF No. 169), Court-appointed Co-Lead Plaintiffs Xiaoquan Yang and Alexander De Block ("Plaintiffs"), Defendant ContextLogic Inc. ("ContextLogic"), Defendants Peter Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, and Jacqueline Reses (collectively, the "Individual Defendants"), and Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., UBS Securities LLC, RBC Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Cowen and Company, LLC, Oppenheimer & Co. Inc., Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., Academy Securities, Inc., Loop Capital Markets LLC and R. Seelaus & Company, LLC (collectively, the "Underwriter Defendants," and together with ContextLogic and the Individual Defendants, "Defendants"; Defendants together with

Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 25, 2021, a putative securities class action complaint was filed in this Court, *Hoang v. ContextLogic, Inc. et al.*, Case Number 5:21-cv-03930-BLF (ECF No. 1) (together with all subsequent proceedings therein, the "Action");

WHEREAS, on August 22, 2024, the Court issued an order granting Defendants' motion to dismiss the Third Consolidated Amended Class Action Complaint without leave to amend (ECF No. 139), and the Court issued a judgment the same day (ECF No. 140) (the "Judgment");

WHEREAS, on February 12, 2025, the Court issued an order denying Plaintiffs' motion to alter the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (ECF No. 151);

WHEREAS, on March 13, 2025, Plaintiffs filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") (ECF No. 154), *Yang, et al. v. ContextLogic, Inc., et al.*, Ninth Circuit Case Number 25-01805 (the "Appeal");

WHEREAS, with the oversight and assistance of a Ninth Circuit mediator, the Parties reached an agreement to settle the Action for $3,500,000, memorialized in a term sheet dated May 29, 2026 (the "Term Sheet"), and thereafter executed the Stipulation and Agreement of Settlement dated September 16, 2026 (the "Settlement Stipulation"), which provides for the settlement of the Action subject to the approval of this Court (the "Settlement");

WHEREAS, upon execution of the Term Sheet, the Parties jointly notified the Ninth Circuit that a settlement had been reached and requested dismissal of the Appeal in order to reinstate jurisdiction with this Court for settlement-related proceedings, and on June 4, 2026, the Ninth Circuit dismissed the Appeal without prejudice to reinstatement of the Appeal within 28 calendar days of any denial of the Settlement by this Court or termination of the Settlement for any other reason (9th Cir. ECF Nos. 60, 61);

WHEREAS, on October 14, 2026, Plaintiffs filed their motion for preliminary approval of the Settlement, attaching the Settlement Stipulation (ECF No. 167) (the "Motion"); and

WHEREAS, on October 15, 2026, the Court ordered the Parties to file a joint stipulation vacating the Judgment by October 22, 2026, so that the Motion can be heard (ECF No. 169).

NOW, THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 60(b)(6) and the Court's October 15, 2026 Order (ECF No. 169), the Judgment (ECF No. 140) is hereby vacated for the sole and limited purpose of vesting the Court with jurisdiction to consider and rule on the Motion and, if preliminary approval is granted, to conduct further proceedings relating to the Settlement, including final approval proceedings and entry of the judgment contemplated by the Settlement Stipulation.

2. This Stipulation and the vacatur of the Judgment shall not be construed as vacating, reconsidering, modifying, or otherwise disturbing the Court's orders, including the Court's orders on Defendants' motions to dismiss (ECF Nos. 98, 124, 139), and the Court's order denying Plaintiffs' motion to alter the judgment (ECF No. 151), each of which remains in full force and effect.

3. In the event that the Court does not approve the Settlement, the Judgment shall be reinstated, and the Parties shall revert to their respective positions in the Action immediately prior to the execution of the Term Sheet on May 29, 2026 as set forth in paragraph 33 of the Settlement Stipulation.

4. Nothing in this Stipulation shall be deemed an admission by any Party or a waiver of, or prejudice to, any claim, defense, or argument of any Party.

IT IS SO STIPULATED.

DATED: October 22, 2026 GLANCY PRONGAY WOLKE & ROTTER LLP

*<u>/s/ Ex Kano S. Sams II</u>*
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
esams@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class*

DATED: October 22, 2026 THE ROSEN LAW FIRM, P.A.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 520
Jenkintown, PA 19046
Tel: (215) 600-2817
jgoldberg@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class*

DATED: October 22, 2026 GIBSON, DUNN & CRUTCHER LLP

*/s/ Brian M. Lutz*
Brian M. Lutz
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Tel: (415) 393-8200
blutz@gibsondunn.com

*Counsel for ContextLogic Inc., Piotr Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, and Jacqueline Reses*

DATED: October 22, 2026 MORGAN, LEWIS & BOCKIUS LLP

*/s/ Charlene S. Shimada*
Charlene S. Shimada
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: (415) 442-1000
charlene.shimada@morganlewis.com

*Counsel for Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., UBS Securities LLC, RBC Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Cowen and Company, LLC, Oppenheimer & Co. Inc., Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., Academy Securities, Inc., Loop Capital Markets LLC and R. Seelaus & Company, LLC*

**ATTESTATION:** Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Brian M. Lutz*
Brian M. Lutz

**~~[PROPOSED]~~ ORDER**

The Court, having considered the Parties' Joint Stipulation Vacating Judgment (the "Stipulation"), and good cause appearing, hereby GRANTS the Stipulation.

**IT IS SO ORDERED.**

DATED: October 22, 2026

HON. BETH LABSON FREEMAN
United States District Judge