**GLANCY PRONGAY WOLKE & ROTTER LLP**
Ex Kano S. Sams II (CA 192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 432-1495
Email: esams@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

YEN HOANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CONTEXTLOGIC, INC., PETER SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, JACQUELINE RESES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, RBC CAPITAL MARKETS, LLC, CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, OPPENHEIMER & CO. INC., STIFEL, NICOLAUS & COMPANY, L.L.C., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, and R. SEELAUS & CO., LLC,

Defendants.

Case No. 21-cv-03930-MMC

**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

<u>JURY TRIAL DEMANDED</u>

Lead Plaintiffs Xiaoquan Yang and Alexander De Block (collectively "Lead Plaintiffs") submit this notice of non-opposition related to Lead Plaintiffs' Notice of Unopposed Motion and Motion for Preliminary Approval of Class Action Settlement ("Motion"). ECF No. 167. Lead Plaintiffs filed the Motion on October 14, 2026. Pursuant to Civil L.R. 7-3(a), any opposition to the Motion was due to be filed by October 28, 2026. No opposition has been filed. Accordingly, Lead Plaintiffs hereby file this notice of non-opposition.

Additionally, Lead Plaintiffs respectfully request that: (1) the Court grant the Motion expeditiously, without a hearing; and (2) the Court convert the hearing currently scheduled for March 18, 2027, at 9:00 a.m. from a hearing on the Motion to a hearing for final approval of the Settlement and other related issues. Specifically, the Court should grant the unopposed Motion, ordering Lead Plaintiffs to issue notice of the proposed Settlement to potential Settlement Class Members so that the Settlement can proceed to final approval. After adequate and fair notice as described in the Motion, Settlement Class Members will have the opportunity to address the terms of the Settlement and related issues, if they choose, before the Court determines at the final approval hearing whether the Settlement is fair, reasonable, and adequate. Courts in this Circuit routinely grant unopposed motions for preliminary approval expeditiously and without a hearing. *See, e.g.*, *In re Doximity, Inc. Sec. Litig.*, 2026 WL 523407, at *1 (N.D. Cal. Feb. 25, 2026) ("Having considered the parties' briefs and the relevant legal authority in support of the unopposed motion for preliminary approval of settlement, *see* ECF No. 98, the Court concludes oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), and VACATES the March 4, 2026 hearing"); *Farrar v. Workhorse Grp., Inc.*, No. 2:21-cv-2072-CJC (C.D. Cal.) (ECF No. 106 at 2 n.1) ("Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.").

As set forth in the Motion papers, if the Court grants preliminary approval as requested, the only date that the Court need schedule is the date for the final Settlement Hearing. The remaining dates will be determined by the date that the Preliminary Approval Order is entered and the date on which the Settlement Hearing is scheduled. Accordingly, Lead Plaintiffs respectfully request that the Court: (1) grant the Motion without a hearing; and (2) convert the

hearing currently scheduled for March 18, 2027, at 9:00 a.m. from a hearing on the Motion to a hearing for final approval of the Settlement and other related issues. Defendants take no position on this request.

Submitted on this 4th day of November, 2026, by:

**GLANCY PRONGAY WOLKE & ROTTER LLP**

*/s/ Ex Kano S. Sams II*
Ex Kano S. Sams II (CA 192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 432-1495
Email: esams@glancylaw.com

and

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

**PROOF OF SERVICE**

I hereby certify that on this 4th day of November, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2026.

*/s/ Ex Kano S. Sams II*
Ex Kano S. Sams II